■ Property Clerk, New York City Police Department, Appellant, v Roy G. Ford, Respondent. [937 NYS2d 584]—

Plaintiff failed to complete service of process within 15 days after the expiration of the 25-day statute of limitations set forth in 38 RCNY 12-36 (a). Nor did it explain its late service or seek an extension of time for service. Accordingly, the court properly dismissed this action (*see* CPLR 306-b).

As is clear, contrary to plaintiff's contention, the 25-day period prescribed in 38 RCNY 12-36 (a) is a statute of limitations for the purposes of CPLR 306-b (*see Property Clerk, N.Y. City Police Dept. v Smith*, 62 AD3d 486 [2009]; *Property Clerk, N.Y. City Police Dept. v Seroda*, 131 AD2d 289 [1987]).

We have considered plaintiff's remaining contentions and find them unavailing. Concur—Gonzalez, P.J., Saxe, Moskowitz, Acosta and Freedman, JJ. **[Prior Case History: 30 Misc 3d 301.]**